**ROMANO STANCROFF PC**
Timothy Whelan, Esq. (SBN 255037)
Aliaksandra Valitskaya, Esq. (SBN 320680)
360 N. Pacific Coast Hwy., Suite 1048
El Segundo, CA 90245
Tel: (310) 477-7990 | Fax: (310) 477-7995
e-service@thelemonlawattorneys.com
tim@thelemonlawattorneys.com
Attorneys for Plaintiff, JENNIFER GUZMAN

SPENCER P. HUGRET (SBN: 240424)
shugret@grsm.com
JAMES P. MAYO (SBN: 169897)
jmayo@grsm.com
**GORDON REES SCULLY MANSUKHANI, LLP**
315 Pacific Ave.
San Francisco, CA 94111
Telephone: (415) 986-5900/Fax: (415) 986-8054
Attorneys for Defendant
JAGUAR LAND ROVER NORTH AMERICA, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JENNIFER GUZMAN,** | Case No.: 5:25-cv-08539-NW |
| Plaintiff, | U.S. District Judge Noel Wise |
| vs. | |
| **JAGUAR LAND ROVER NORTH AMERICA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,** | ~~[PROPOSED]~~ **ORDER GRANTING JOINT STIPULATION TO DISMISS** |
| Defendants. | |

~~[PROPOSED]~~ ORDER GRANTING JOINT STIPULATION TO DISMISS

-2-

**IT IS SO ORDERED.**

Having reviewed the Joint Stipulation submitted by all parties on May 26, 2026, it is hereby ORDERED that the instant action, in its entirety, is DISMISSED with prejudice.

Dated: June 3, 2026                    By:   _____
                                             The Honorable Noel Wise
                                             United States District Judge

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS